IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00900-CMA-STV

AMGUARD INSURANCE COMPANY, as subrogee of 900 PENN LLC,

    Plaintiff,

v.

MARLEY ENGINEERED PRODUCTS and
ROBERTSHAW CONTROLS COMPANY,

    Defendants.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Defendant Marley Engineered Products LLC's Motion for Summary Judgment Against Plaintiff entered by the Honorable Christine M. Arguello on February 25, 2022, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendant, Marley Engineered Products, and against Plaintiff, Amguard Insurance Company, as subrogee of 900 Penn LLC, on Defendant's Motion for Summary Judgment. It is

FURTHER ORDERED that Defendant, Marley Engineered Products is dismissed.

DATED: February 25, 2022.

>FOR THE COURT:
>
>JEFFREY P. COLWELL, CLERK
>
>s/ Robert R. Keech
>Robert R. Keech,
>Deputy Clerk